IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON GREEN BEY, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-14-2379 |
| | : | |
| UNITED STATES OF AMERICA, | : | (Judge Brann) |
| ET. AL., | : | |
| Respondents | : | |

**ORDER**

December 19, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner is **GRANTED** leave to proceed in forma pauperis for the sole purpose of the filing of this action.
2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk of Court is directed to **CLOSE** the case.
4. Based on the Court's conclusion, there is no basis for the

issuance of a certificate of appealability.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge